| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* 1:19 CR 596-01 (JPO) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:24-cr-00146 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Michael Wayman Tobyhanna, PA | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE J. Paul Oetken, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/22/22 | TO 11/21/25 |

OFFENSE

Counts 1 and 3: Conspiracy to Distribute and Possess with Intent to Distribute Narcotics; 21 USC 841(b)(1)(A) and 846(Class A Felonies)  Count 2: Use and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime; 18 USC 924(c)(1)(A)(i) (Class A Felony)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Longstanding residence and non-compliance (Marijuana and non-payment of fine) to be handled in-district

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *district* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 7, 2024
*Date*

J. PAUL OETKEN
United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Michael Wayman's supervision from the Southern District of New York to the *district*, the sealed records of the Court in the above-styled matter relating to Michael Wayman are unsealed for the limited purpose of transferring those records to the United States District Court for the *district* and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

6-11-24
*Effective Date*

United States District Judge